

Opinions of the United
States Court of Appeals
for the Third Circuit

4-20-2006

# Prusky v. Reliastar Life Ins

Precedential or Non-Precedential: Precedential

Docket No. 05-1611

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Prusky v. Reliastar Life Ins" (2006). *2006 Decisions*. Paper 1176.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1176

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 24, 2006

No. 05-1611

Paul Prusky, et al.
Appellants

v.

Reliastar Life Ins

Present: RENDELL and SMITH Circuit Judges and IRENAS, District Judge

Motion by Appellants to Designate Opinion as Precedential.

/s/ Phyllis Ruffin
Phyllis Ruffin  267-299-4918

Not Precedential Opn filed 3/20/06

O R D E R

The foregoing motion is GRANTED and the not precedential opinion filed on March 20, 2006 shall be filed as precedential.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: April 20, 2006